UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY LYN GARCIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:21-cv-0350 JLT<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Stacy Lyn Garcia seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying an application for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). Plaintiff completed an application and affidavit on January 10, 2021. (Doc. 2) However, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to her application, Plaintiff is unemployed and does not have any cash or money in a bank account. (Doc. 2 at 1-2) However, Plaintiff also indicates that her spouses' annual salary is $38,620. (*Id.* at 2) Plaintiff does not identify any dependents or provide any information regarding their rent or mortgage, or other monthly costs of living, such that the Court may determine whether she is able to pay the filing fee in the action. Therefore, Plaintiff is **ORDERED** to file, within twenty-one

1

days of this order, an application that includes additional information regarding her costs of living. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of the application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __March 9, 2021__         /s/ Jennifer L. Thurston
                                 UNITED STATES MAGISTRATE JUDGE